UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLOYD SPIVEY,
    Petitioner,

vs.                              Case No.: 5:21cv159/TKW/ZCB

WARDEN POLK,
    Respondent.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 31) and Petitioner's objection (Doc. 36). Based on the Court's de novo review of the issues raised in the objection under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's recommended disposition of Petitioner's §2254 habeas petition. The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The petition for writ of habeas corpus under 28 U.S.C. §2254 is **DENIED**.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 30th day of September, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**